# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2006

128026

KENNETH PAGE, JR., Personal Representative
of the Estates of KENNETH PAGE, SR., and
CHARLENEA PAGE, and JANE EASELY,
Personal Representative of the Estate of RUTHIE
MAE LATHAN,
        Plaintiffs-Appellees,

v

BENJAMIN DALE BIDWELL,
        Defendant,

and

WAYNE COUNTY ROAD COMMISSION,
        Defendant-Appellant.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128026
COA: 249224
Wayne CC: 01-100921-NI

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2006

Clerk

p1024